# United States District Court
## Southern District of Georgia

Jerry Dunn,

                                 JUDGMENT IN A CIVIL CASE

        V.                           CASE NUMBER: CV414-109,

GOH LLC and Rylyn Hughes,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/29/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

9/29/14  
Date

Scott _____  
Clerk

(By) Deputy Clerk